UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL., THE TARBELL GROUP, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>APPALOOSA HORSE CLUB; BLACKFOOT CHAMBER OF COMMERCE INC.; BONNER COUNTY ASSOCIATION OF REALTORS INC.; CALDWELL ELKS HOME ASSOCIATION; CAPITAL CITY PUBLIC MARKET 1 INC.; COEUR D'ALENE CHAMBER OF COMMERCE; GRANGEVILLE CHAMBER OF COMMERCE; GRANGEVILLE COUNTRY CLUB INC.; GREATER HAYDEN / HAYDEN LAKE CHAMBER OF COMMERCE; GREATER SANDPOINT CHAMBER OF COMMERCE INC.; IDAHO BREWERS UNITED; IDAHO FALLS DOWNTOWN DEVELOPMENT CORPORATION; IDAHO HOSPITAL ASSOCIATION, IDAHO SCHOOL BOARDS ASSOCIATION; JOBS PLUS INC.; LEWISTON GOLF AND COUNTRY CLUB INC.; MOUNTAIN HOME CHAMBER OF COMMERCE; PONDEROSA AERO CLUB INC.; RATHDRUM AREA CHAMBER OF COMMERCE INC.; SHRINERS INTERNATIONAL; SILVER VALLEY ECONOMIC DEVELOPMENT CORPORATION; and UNKNOWN JOHN OR JANE DOES,<br><br>      Defendants. | Case No. 3:25-cv-00145-DCN<br><br>**ORDER** |

ORDER - 1

On February 20, 2026, the United States filed a Notice of Election to Decline Intervention in the above-captioned qui tam action filed under the False Claims Act. *See* 31 U.S.C. § 3730(b)(4)(B). In light of the United States' notice and election not to intervene, the Court ORDERS as follows:

1. The Complaint is hereby unsealed. The relator shall serve each defendant within 45 days of this Order or the case will be dismissed without prejudice for lack of prosecution;

2. All other filings in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and the United States's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the Complaint;

3. The seal on this action shall be lifted as to all other matters occurring after the date of this Order;

4. The parties shall serve upon the United States all pleadings and motions filed in this action, including supporting memoranda, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notice(s) of appeal upon the United States;

6. All Orders of this Court shall be sent to the United States; and

7. The Court will provide the United States with notice and an opportunity to be heard before ruling on any proposal that this action be dismissed, settled or otherwise compromised or discontinued.

ORDER - 2

IT IS SO ORDERED.

DATED: February 23, 2026

David C. Nye
U.S. District Court Judge

ORDER - 3