Kelly Drew Rooksby, ISB No. 9985
krooksby@grsm.com
Jacquelyn Pill, ISB #12855
jpill@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
421 W. Riverside Avenue, Suite 1555
Spokane, WA 99201
Tel: 509-252-5608

*Attorneys for Defendant Idaho Brewers*
*United Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **United States of America ex rel. The Tarbell Group, LLC,** | Civil Action No. 3:25-cv-00145-DCN |
| *Plaintiff(s)* | **DEFENDANT IDAHO BREWERS UNITED CORP.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
| v. | |
| **Appaloosa Horse Club, et al.** | |
| *Defendant(s)* | |

COMES NOW Defendant Idaho Brewers United Corp., an Idaho Non-Profit Corporation, ("Defendant") by and through its attorneys of record Gordon Rees Scully Mansukhani, and hereby respectfully moves this Court to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion").

This Motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) and is supported by Defendant's Memorandum in Support of its Motion to Dismiss filed concurrently herewith.

DEFENDANT'S MOTION TO DISMISS - 1

## I.  RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that this Honorable Court grant Defendant's Motion in its entirety and dismiss all causes of action asserted against Defendant with prejudice.

Dated: April 24, 2026

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: _Kelly Drew Rooksby_

Kelly Drew Rooksby, ISB No. 9985
krooksby@grsm.com
Jacquelyn Pill, ISB #12855
jpill@grsm.com

421 W. Riverside Avenue, Suite 1555
Spokane, WA 99201
Tel: 509-252-5608

*Attorneys for Defendant Idaho Brewers United Corp.*

DEFENDANT'S MOTION TO DISMISS - 2

## CERTIFICATE OF SERVICE

On April 24, 2026 I caused a true and correct copy of the foregoing document to be served by email via the Court's CM/ECF system upon the counsel and parties who have appeared in this matter:

| | |
|---|---|
| Ryan Dustin, Esq.<br>Casperson Ulrich Dustin<br>356 W. Sunnyside Road, Suite B<br>Idaho Falls, ID 83402<br>208-524-0566<br>rdustin@workandwage.com<br><br>*Attorney for Relator* | Electronic service (CM/ECF) |
| Bruce Ellis Fein, Esq.<br>Pro hac vice application pending<br>Law Office of Bruce Ellis Fein, PLLC<br>P.O. Box 506<br>Great Falls, VA 22066<br>703-248-0390<br>bruce@newdream.net<br><br>*Attorney for Relator* | Electronic service (CM/ECF) |

*/s/: Hannah Stafford*
Hannah Stafford Legal Secretary

DEFENDANT'S MOTION TO DISMISS - 3