Kelly Drew Rooksby, ISB No. 9985
krooksby@grsm.com
Jacquelyn Pill, ISB #12855
jpill@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
421 W. Riverside Avenue, Suite 1555
Spokane, WA 99201
Tel: 509-252-5608

*Attorneys for Defendant Idaho Brewers
United Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **United States of America ex rel. The Tarbell Group, LLC,** | Civil Action No. 3:25-cv-00145-DCN |
| *Plaintiff(s)* | **[PROPOSED] ORDER GRANTING DEFENDANT IDAHO BREWERS UNITED CORP.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
| v. | |
| **Appaloosa Horse Club, et al.** | |
| *Defendant(s)* | |

This matter having come before the Court on Defendant Idaho Brewers United Corp.'s

Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss"), and

the Court being fully advised, IT IS HEREBY ORDERED as follows:

1. Defendant Idaho Brewers United Corp.'s Motion to Dismiss is GRANTED.

2. All causes of action asserted against Defendant Idaho Brewers United Corp. are

   DISMISSED with prejudice.

PROPOSED ORDER - 1

IT IS SO ORDERED.

DATED: _____

_____

Hon. David C. Nye

PROPOSED ORDER - 2

## CERTIFICATE OF SERVICE

On April 24, 2026 I caused a true and correct copy of the foregoing document to be served by email via the Court's CM/ECF system upon the counsel and parties who have appeared in this matter:

| | |
|---|---|
| Ryan Dustin, Esq.<br>Casperson Ulrich Dustin<br>356 W. Sunnyside Road, Suite B<br>Idaho Falls, ID 83402<br>208-524-0566<br>rdustin@workandwage.com<br><br>*Attorney for Relator* | Electronic service (CM/ECF) |
| Bruce Ellis Fein, Esq.<br>Pro hac vice application pending<br>Law Office of Bruce Ellis Fein, PLLC<br>P.O. Box 506<br>Great Falls, VA 22066<br>703-248-0390<br>bruce@newdream.net<br><br>*Attorney for Relator* | Electronic service (CM/ECF) |

*/s/: Hannah Stafford*
Hannah Stafford Legal Secretary

PROPOSED ORDER - 3