T. Jason Wood, ISB No. 5016
WOOD LAW GROUP, PC
Jefferson Place, Fifth Floor
350 North 9th Street, Suite 500
Boise, ID 83702
Tel: (208) 497-0400
Fax: (208) 932-4380
Email: jason@woodlaw.net

Bruce Ellis Fein, Esq.
*Pro Hac Vice*
Law Office of Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
Tel: (703) 248-0390
Email: bruce@newdream.net

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC,

Plaintiff,

v.

APPALOOSA HORSE CLUB, et al.,

Defendants.

Case No: 3:25-cv-00145-DCN

**MOTION FOR LEAVE TO CONSOLIDATE RESPONSE TO MOTIONS TO DISMISS AND FOR EXTENSION**

Pursuant to Local Rule 6.1(a), the Plaintiff herein, by and through counsel of record, hereby moves for the Court's Order granting Plaintiff leave to file a single, consolidated response to any motion to dismiss filed by any Defendant who has signed the Stipulation filed herewith, and granting Plaintiff an extension of the deadline to file its consolidated response until twenty-one (21) days after May 29, 2026.

This motion is made on the grounds that the three pending motions to dismiss (Dkts. 24, 25, and 40) raise many of the same arguments, Defendants Coeur D'Alene Chamber of Commerce, Idaho Falls Downtown Development Corporation, Idaho School Boards Association, and Jobs Plus Inc., have been granted an extension to respond to the complaint until May 29, 2026 (*see* Dkt. 30), it is anticipated they will either join in the other Defendants' motions to dismiss and/or make many of the same arguments in their own motion to dismiss, and an Order granting this motion would streamline the briefing process and save judicial resources. All parties involved agree on this. (*See* Stipulation in Support, filed herewith).

DATED May 19, 2026.

WOOD LAW GROUP, PC

By: /s/ ____________________________
T. Jason Wood, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2026, I filed the foregoing electronically through the CM/ECF system, which I believe caused all registered participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

WOOD LAW GROUP, PC

By: /s/
T. Jason Wood, Esq.