T. Jason Wood, ISB No. 5016
WOOD LAW GROUP, PC
Jefferson Place, Fifth Floor
350 North 9th Street, Suite 500
Boise, ID 83702
Tel: (208) 497-0400
Fax: (208) 932-4380
Email: jason@woodlaw.net

Bruce Ellis Fein, Esq.
*Pro Hac Vice*
Law Office of Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
Tel: (703) 248-0390
Email: bruce@newdream.net

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC,

Plaintiff,

v.

APPALOOSA HORSE CLUB, et al.,

Defendants.

Case No: 3:25-cv-00145-DCN

**STIPULATION**

Pursuant to Local Rule 6.1(a), the parties to this Stipulation, by and through their respective undersigned counsel, hereby stipulate and agree that Plaintiff should be permitted to file a single, consolidated brief in opposition to any motion to dismiss filed by any party to this Stipulation, and that Plaintiff should be granted an extension of the deadline to file its consolidated response to such motions until twenty-one (21) days after May 29, 2026.

DATED May 19, 2026.

BLEWETT MUSHLITZ HALLY, LLP

By: /s/

Jonathan D. Hally
*Attorneys for Lewiston Golf and Country Club Inc. and Appaloosa Horse Club*

HOLLAND & HART LLP

By: /s/

Nathan Lilly
*Attorneys for Defendants Coeur d'Alene Regional Chamber of Commerce; Idaho Falls Downtown Development Corporation; Jobs Plus, Inc. dba Coeur d'Alene Area Economic Development Corporation; and Idaho School Boards Association*

STOEL RIVES LLP

By: /s/

Wendy Olson
*Attorneys for Capital City Public Market 1, Inc., and Ponderosa Aero Club, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2026, I filed the foregoing electronically through the CM/ECF system, which I believe caused all registered participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

WOOD LAW GROUP, PC

By: /s/
T. Jason Wood, Esq.