UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA ex rel.
THE TARBELL GROUP, LLC,

Plaintiff,

v.

APPALOOSA HORSE CLUB, et al.,

Defendants.

Case No: 3:25-cv-00145-DCN

**ORDER**

Currently pending before the Court is Plaintiff's *Motion for Leave to Consolidate Response to Motions to Dismiss and for Extension* (Dkt. 41). Having reviewed the motion and stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion (Dkt. 41) is GRANTED. Plaintiff may file a single, consolidated response to any motion to dismiss filed by any Defendant who joined in the Stipulation filed in support of the motion, and the consolidated response is due within twenty-one (21) days after **May 29, 2026**.

DATED: May 20, 2026

David C. Nye
U.S. District Court Judge