WENDY J. OLSON, Bar No. 7634
wendy.olson@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for Mountain Home Chamber of Commerce*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA ex rel., THE TARBELL GROUP, LLC,

Plaintiff,

v.

APPALOOSA HORSE CLUB, BLACKFOOT CHAMBER OF COMMERCE INC., BONNER COUNTY ASSOCIATION OF REALTORS INC., CALDWELL ELKS HOME ASSOCIATION, CAPITAL CITY PUBLIC MARKET 1 INC., COEUR D'ALENE CHAMBER OF COMMERCE, GRANGEVILLE CHAMBER OF COMMERCE, GRANGEVILLE COUNTRY CLUB INC., GREATER HAYDEN/HAYDEN LAKE COMMERCE INC., GREATER SANDPOINT CHAMBER OF COMMERCE INC., IDAHO BREWERS UNITED, IDAHO FALLS DOWNTOWN DEVELOPMENT CORPORATION, IDAHO HOSPITAL ASSOCIATION, JOBS PLUS INC., LEWISTON GOLF AND COUNTRY CLUB INC., MOUNTAIN HOME CHAMBER OF COMMERCE, PONDEROSA AERO CLUB INC., RATHDRUM AREA CHAMBER OF COMMERCE INC., SHRINERS INTERNATIONAL, SILVER VALLEY ECONOMIC DEVELOPMENTAL CORPORATION, and UNKNOWN JOHN or JANE DOES,

Case No. 3:25-cv-00145-DCN

**DEFENDANT MOUNTAIN HOME CHAMBER OF COMMERCE'S MOTION TO DISMISS**

Defendants.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Mountain Home Chamber of Commerce, by and through their counsel of record, hereby moves the Court for an order dismissing all claims for failure to state a legal claim upon which relief can be granted.

This motion is based on the Complaint and the Memorandum in Support of Motion to Dismiss filed simultaneously herewith.

DATED: June 3, 2026

STOEL RIVES LLP

*/s/ Wendy J. Olson*
Wendy J. Olson

*Attorneys for Mountain Home Chamber of Commerce*