Joshua D. Hurwit (ISB #9527)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
jdhurwit@hollandhart.com

Nathan A. Lilly (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
nalilly@hollandhart.com

*Attorneys for Defendant Greater Sandpoint Chamber of Commerce Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. THE TARBELL GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>APPALOOSA HORSE CLUB, BLACKFOOT CHAMBER OF COMMERCE INC., BONNER COUNTY ASSOCIATION OF REALTORS INC., CALDWELL ELKS HOME ASSOCIATION, CAPITAL CITY PUBLIC MARKET 1 INC., COEUR D'ALENE CHAMBER OF COMMERCE, GRANGEVILLE CHAMBER OF COMMERCE, GRANGEVILLE COUNTRY CLUB INC., GREATER HAYDEN / HAYDEN LAKE CHAMBER OF COMMERCE, GREATER SANDPOINT CHAMBER OF COMMERCE INC., IDAHO BREWERS UNITED, IDAHO FALLS DOWNTOWN DEVELOPMENT CORPORATION, IDAHO HOSPITAL ASSOCIATION, IDAHO SCHOOL BOARDS ASSOCIATION, JOBS PLUS INC., LEWISTON GOLF AND COUNTRY CLUB INC., MOUNTAIN HOME CHAMBER OF COMMERCE, PONDEROSA | Case No. 3:25-cv-00145-DCN<br><br>**DEFENDANT GREATER SANDPOINT CHAMBER OF COMMERCE INC.'S CORPORATE DISCLOSURE STATEMENT** |

AERO CLUB INC., RATHDRUM AREA CHAMBER OF COMMERCE INC., SHRINERS INTERNATIONAL, SILVER VALLEY ECONOMIC DEVELOPMENT CORPORATION, and UNKNOWN JOHN OR JANE DOES,

Defendants.

Under Fed. R. Civ. P. 7.1(a)(1), Defendant Greater Sandpoint Chamber of Commerce Inc., through counsel Holland & Hart LLP, states that it has no parent corporation and there is no publicly held corporation that owns more than 10% of its stock.

DATED: September 15, 2026

HOLLAND & HART LLP

By: */s/ Joshua D. Hurwit*
Joshua D. Hurwit
Nathan A. Lilly (*pro hac vice*)

*Attorneys for Defendant Greater Sandpoint Chamber of Commerce Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John Simmons – johnsimmonslaw@gmail.com
Bruce Ellis Fein – bruce@newdream.net
Jonathan D. Hally – jonhally@idahoconstructionlawyers.com
Phillip J. Collaer – pcollaer@ajhlaw.com
John James Maas, V – jmaas@ajhlaw.com
Maureen Louise Mitchell – mmitchell@foxrothschild.com
Douglas L. Mushlitz – dougmushlitz@idahoconstructionlawyers.com
Wendy Olson – wendy.olson@stoel.com
Jonathan Michael Wasser – jwasser@foxrothschild.com

*/s/ Joshua D. Hurwit*
Joshua D. Hurwit
for HOLLAND & HART LLP